IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    CASE NO.: 5:18-CR-16-DCB-LRA-3

JIMMIE LEE SWEARENGEN                                      DEFENDANT

### ORDER

BEFORE THE COURT is Defendant Jimmie Lee Swearengen's ("Defendant") Motion for Permission to Attend Funeral ("Motion") [ECF No. 212]. The Court consulted with the Marshalls Service and is advised that the attendance request by Defendant is in violation of Marshalls Service policies.

ACCORDINGLY,

IT IS HEREBY ORDERED that Defendant's Motion [ECF No. 212] is DENIED.

SO ORDERED, this 20th day of December, 2022.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE